UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | Case No. 25-CR-232 (RCL) |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH FARINA** | : | |

**DEFENDANT'S CONSENT MOTION FOR CONTINUANCE OF DETENTION HEARING**

Defendant Joseph Farina, through undersigned counsel, respectfully moves this Court to continue the detention hearing previously set for August 15, 2025, for approximately three weeks, to either September 3rd or 4th, 2025, or as soon thereafter as is convenient for the Court and the parties. In support of this motion, counsel states as follows.

1. Undersigned counsel was retained in this matter on August 11th, 2025, and requires additional time to review the case and prepare for the detention hearing.

2. Due to upcoming personal travel and trial obligations, undersigned counsel will not be available until September 3rd, 2025.

3. Undersigned counsel has conferred with both Assistant United States Attorneys handling this matter. The government consents to the proposed continuance and is available on September 3rd or 4th.

4. Undersigned counsel is available on either date, with a preference for September 4th.

5. Defendant agrees to toll the speedy trial clock from August 15th, 2025 through any new date set as a result of this motion.

WHEREFORE, for the foregoing reasons, and for any other reasons that may appear to the Court, Defendant respectfully requests that the detention hearing previously scheduled for August 15th, 2025 be continued to September 4th, 2025, or, in the alternative, September 3, 2025, or as soon thereafter as is convenient for the Court and the parties, and that the speedy trial clock be tolled accordingly.

Respectfully submitted,

/s/ Matthew Covert
Matthew Covert
D.C. Bar No. 1602150
Covert Jackson Yarbro PLLC
600 Massachusetts Avenue NW, Suite 250
Washington, D.C. 20001
mcovert@cjypllc.com
(202) 577-8172

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was sent, by ECF, this 13th day of August, 2025, to all counsel of record in this case.

                                                      /s/ Matthew Covert
                                                     Matthew Covert