UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | CRIMINAL NO. 25-cr-232 (RCL) |
| **v.** : | |
| : | |
| **JOSEPH FARINA,** : | |
| : | |
| **Defendant.** : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

JEANINE FERRIS PIRRO
U.S. ATTORNEY

By:   /s/ Sitara Witanachchi
       Sitara Witanachchi
       D.C. Bar No. 1023007
       Andrea Duvall
       AR Bar No. 2013114
       Assistant United States Attorneys
       601 D Street, N.W.
       Washington, D.C. 20530
       202-699-1978 (Witanachchi)
       202-394-3006 (Duvall)
       Sitara.witanachchi@usdoj.gov
       Andrea.duvall@usdoj.gov

1