****
**David Farina JoJo's Dad**
****


The Honorable Royce C. Lamberth
Senior United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, D.C. 20001


Judge Lamberth


David T Farina

I am David Farina, and I stand before you as a father, asking for compassion and mercy for my son, Joseph "JoJo" Farina. I recognize that JoJo has made serious mistakes—ones that have brought us here today and weigh deeply on our hearts. Yet, I implore the court to look beyond his actions and see the person he truly is, and the hope that remains for his future.

JoJo is not defined by this moment of trial. He has always been the kindest, most empathetic soul I have ever known. Anyone who speaks with JoJo would find a gentle, respectful, and caring young person. Until now, he has never been in trouble—not at school, not with the law, not anywhere. Never even had as much as a detention in high school. JoJo is not someone who belongs in court, and I am certain that, given a chance, he will never return to this place.

Throughout his life, JoJo has shown a spirit of generosity and a willingness to help others. As a student at Georgetown, JoJo would  walk around DC and hand out food to people on the streets and try to help them get to shelters.  He has supported countless peers through academic and personal struggles, tutoring and uplifting anyone who needed help. Despite struggling with his own issues, he was always the first person to help others.

JoJo's brilliance is matched only by his compassion. His academic achievements are remarkable, and his intellect could have led him to great financial success. Instead, he chose to become a medical physicist, working with cancer patients and researching new chemotherapy molecules—work that may one day save lives. When JoJo was forced to leave his PhD program at Duke University, it was a devastating blow, one that has been difficult for him to bear.

██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████

████████████████████████████████████████████████

████████████████████████████ son does not belong in prison—he belongs in care, where his mind and spirit can heal and flourish.

JoJo is someone whose life is truly worth saving. He is surrounded by people who love and support him, people who believe in his capacity to grow and give back to the world. I am deeply sorry for the pain and disappointment this situation has caused, and I promise that JoJo will get the help he needs. I beg you, please, show mercy to my son. With the right support, he will never walk this path again, and I truly believe he will make a positive difference in the lives of others.


Thank you for your consideration


David T Farina

JoJo's Dad

\*\*\*\*
**Steven Farina JoJo's Uncle and Godfather**
\*\*\*\*

Steven F. Farina, Ph.D.



September 1, 2025

The Honorable Royce C. Lamberth
Senior United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, D.C. 20001

Dear Judge Lamberth,

My name is Steve Farina. I worked as a scientist for many years including four years at the National Institutes of Health, and currently work as a consultant to biotechnology companies on drug development for Rare Genetic Diseases.

I am Joseph Farina's uncle and Godfather, so I have known JoJo since birth. I would like to provide both a character reference for JoJo and also a perspective on his scientific potential.

I know my nephew as a very kind, empathetic and gentle soul. He is quiet and shy but always lights up when we discuss his life, especially his remarkable academic achievements. When my wife, daughter and I visited him at Georgetown University, he was a very engaged host that took time away from preparing for finals to show us his lab and the campus.

He is a brilliant young man and has always shown an interest in and talent for science, so we have had many discussions about his various research endeavors over the years. In 2017 JoJo was a member of the New Trier High School Science Olympiad squad that placed first at the Illinois state championship, earning a trip to the national finals.

While pursuing his Bachelor's Degree in Physics at Georgetown University, he did some very interesting research for which he was awarded the 2023 Serene Medal which is awarded to a senior in recognition of outstanding research accomplishments in physics.

From there he went to Duke University where he earned a Master's Degree in Medical Physics. JoJo defended his Master's thesis titled "Heat Shock Protein 90 Targeted Radiation Therapy" on

March 28, 2025.  I was able to watch his thesis defense online, and was completely amazed with the content of his research.  He combined a traditional approach to cancer biology that I understood, with laser activation technology, clearly explaining the physics even though it was way over my head.  He also did an incredible job answering questions from the audience with confidence and clarity, while never losing the focus on his presentation.

On April 25, 2025, the Medical Physics Graduate Program hosted its annual Research Symposium, and JoJo won first place among Master's Students for his poster presentation.  It is a challenging time to find programs with graduate student funding but JoJo was able to continue his research, recently entering the Medical Physics Ph.D. Program at Duke.



Joseph's parents, my brother David and sister-in law, Julie have shared some of the details of the serious offense with which JoJo is charged.  I continue to be shocked that JoJo could be charged with such an offense as it is completely uncharacteristic of the young man I have known since birth.  I have not had the opportunity to speak with JoJo, but I know from his parents that he is truly remorseful.  In my heart I believe that he got in with the wrong group of people and did something out of character to fit in.

JoJo is a young man with incredible potential and I hope that the information that I have provided will help you to understand both his kind nature but also his capabilities.  If given the opportunity, I am certain that JoJo will engage with the appropriate therapy to help him to be rehabilitated, and will find a way to continue to contribute to society.

Respectfully,

Steve Farina

\*\*\*\*

**Amy Farina JoJo's Aunt**

\*\*\*\*


Dear Judge Lamberth ~

My name is Amy Farina and I am JoJo's Aunt . My husband Steve, and JoJo's Dad David, are brothers.

I'm writing you to provide a character reference for JoJo , to give you insight into my nephews character and a view of the JoJo that I know and love.

JoJo is a really kind young man. From the first time I met him, I knew he was a gentle, quiet soul. He has a really big heart and shows us this time and time again. When my family went to visit our family in Chicago when he was young, he was in a play. He must have thanked us a hundred times for coming to see him in the play, it meant a lot to him. Years later, when  we visited him at Georgetown , he included in our tour a few spots on campus he thought my daughter , a teenager, would get a kick out of. He also  picked a restaurant he thought his cousin would enjoy..

I know JoJo as a brilliant and considerate young man, who has so much to offer the medical community with his incredible ability to learn and his thoughtful nature. I feel that he was in a place where he wasn't mentally strong, and he's naive in many ways. He has always been reserved and pretty introverted , spending hours in the lab..JoJo doesn't view people as taking advantage of others, as he never , ever would. The offenses are uncharacteristic  of the wonderful young man JoJo is.

I'm hopeful JoJo will be allowed to get the help he needs, and I sincerely ask that you take this testimony into consideration .

Respectfully~

Amy S. Farina
JoJo's Aunt

\*\*\*\*

**Lisa Rosenberg, Family Friend Worked with JoJo Farina JoJo's Aunt**

\*\*\*\*

August 28, 2025
The Honorable Royce C. Lamberth
Senior United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, D.C. 20001
Dear Judge Lamberth,

I have known JoJo Farina since he was born. He is the child of close friends and a neighbor. We have had many family events, driven carpool, and have watched JoJo grow up. As a peer to my children, he was always easy to get along with, kind, and studious.

However, I really got to know JoJo as a young adult when he took a gap year between high school and college. He became a very important volunteer to The Kindness Connection(TKC), a small nonprofit, in which I was Executive Director. The Kindness Connection's mission was to inspire youth to be lifelong volunteers by providing elementary-aged school students with hands-on volunteer experiences creating "gifts from the heart" to be donated to seniors, veterans, and hospitals. JoJo played an integral role in prepping all the supplies, going to the schools to set up large areas for the students to cycle through, and then to help facilitate the experience for the students. JoJo took his role with TKC very seriously. He was extremely conscientious. He always showed up on time, took initiative to figure out how to best lay out a room for 100 children to cycle through, and easily accepted direction for what lay ahead for the day. JoJo was incredibly patient and kind to the students, as it was usually loud with many kids asking for help at one time. During JoJo's time as a volunteer we also acquired a storefront as a TKC event space. The build out was very much a DIY project. JoJo's intelligence and adeptness were much appreciated by the TKC staff as we thought out shelving, organization, and handiwork. He worked easily with staff and volunteers of all ages to design and create the space. Staff often remarked about how helpful he was.

During JoJo's college years, I relied on him to dog sit. I trusted him to come into and/or stay at our home, take care of our elderly, temperamental dog. There was never any concern that he would not follow instruction or abuse the privilege of having access to our home.

If you have any further questions, I can be reached at ███████████ or
███████████████████

Sincerely,
Lisa Rosenberg
███████████████
███████████████

****
**Cindy and Kevin Messerle Family Friend**
****

August 29, 2025

Cindy & Kevin Messerle

████████████████

█████████████

The Honorable Royce C. Lamberth
Senior United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Dear Judge Lamberth,

We are writing on behalf of JoJo Farina. We have known JoJo from the day he was born as we have been close family friends and a dear, dear friends to his parents Julie and David who we have known for nearly 50 years. We have witnessed JoJo growing up in a warm and loving culture and watched him grow up with the gift of compassion and caring for those who love him the most. An environment where when someone in the family is facing a challenge, the others rally around to help provide structure and support through love and compassion allowing them to learn and be a better for their experience.

JoJo is a very intelligent person whose quiet personality has shown himself to be a deeply compassionate and loving person to his family. It is also displayed in his calm and gentle nature when spending time with his pet dogs who he loves unconditionally.

I've always admired JoJo's creativity and talent as a musician playing the clarinet. He loves the discipline and hard work it takes to play the music he has learned and created over the years.  It is clear in his music the gentle soul he has through the soothing tones when he plays the clarinet.

What stands out the most for us though, is how much JoJo means to those around him.  The empathy and love he shows to all his friends and family and being a strong shoulder of support for those in need warms my heart. It shows that no matter who you are to JoJo, if you are in need, JoJo will be there for you.

In closing, JoJo is a good man with strong values. He has always found ways to turn challenges into learning opportunities. Not just to learn but to then share to help others overcome their

challenges and be a better person for it. It is our hope that hearing from some of those close to him, you'll see what we see, a warm, kind, gentle soul with a heart and compassion to be the best he can be.

Thank you for the opportunity to share our knowledge of JoJo Farina.

Regards,

Cindy and Kevin Messerle

\*\*\*\*
**Eileen Frank, Family Friend**
\*\*\*\*


Eileen M. Frank

███████████████

█████████████████


August 22, 2025


The Honorable Royce C. Lamberth

Senior United States District Judge

U.S. District Court for the District of Columbia

333 Constitution Ave NW

Washington D.C.  20001


Re: Character Reference for Joseph A. Farina


Dear Judge Lamberth,


I am writing to you in support of Joseph A. Farina, whom I've known his whole life. Through my close friendship with his family, I watched Joseph grow from childhood into young adulthood, and I feel compelled to share my perspective on his true character.


Throughout the years, Joseph has consistently shown himself to be respectful, considerate, and compassionate. I have witnessed him go out of his way to help peers with volunteer tutoring, demonstrate responsibility in school by achieving science and music honors while being

disciplined in varsity soccer, and maintain strong bonds with his family. These are not fleeting traits but qualities that have been present for as long as I have known Joseph.

I'm aware that Joseph is now facing serious legal indictments. While I do not seek to diminish the gravity of the situation, I can confidently say that this circumstance does not reflect the person I have come to know over more than two decades.  He has risen to address mental health issues in the past to successfully complete undergrad and grad school at top tier universities in the most challenging of disciplines. I believe this to be another such isolated challenge, rather than a reflection of his true nature or potential.

Joseph has a strong foundation of family support and a demonstrated history of good character, likely evidenced by other background information provided to the Court.  I firmly believe that with the opportunity, and appropriate help, he will be able to move forward from this with remorse, greater maturity and a renewed sense of responsibility. I respectfully ask the Court to take into consideration the positive aspects of Joseph's character, as well as his potential to make a meaningful impact in medical research.

Thank you for your time and consideration. I would be willing to provide further information if the Court requires.

Respectfully,

*Eileen M. Frank*

██████████

████████████████

\*\*\*\*

**Keren Green Family Friend**
\*\*\*\*


To The Honorable Royce C. Lamberth,


People are multifaceted beings and certainly we each only know a part of anyone - however when I was made aware of the allegations against Joseph (JoJo) Farina I was shocked, saddened and in disbelief.

The JoJo I know and have had the pleasure of knowing for over a decade is a warm, generous, humble, brilliant and empathetic person.

I know JoJo as the person who would play 5 people in chess simultaneously, win each game and rather than gloat, would gently help each opponent to improve their strategy.

The JoJo I know joined multiple social service clubs including the Kindness Club and Binary Heart and dedicated countless hours to diligently and quietly improving the lives of others.

The JoJo I know is an accomplished clarinetist who made every performer around him better.

The JoJo I know elected to become a defensive soccer player to help his older brothers hone their offensive soccer skills.

The JoJo I know is a brilliant student who I believe has the ability, talent, and skill to shape the future of the study of physics.

The JoJo I know delights in discussions as varied in topics from art, politics literature and science and does so with wit, maturity and curiosity.

In sum, the JoJo I know is a brilliant, kind, humble, empathetic, talented and clearly complicated person who needs and deserves care and treatment.

With respect,
Keren Green

\*\*\*\*

**Martha Gallo – Family Friend**

**Martha D Gallo**



**To The Honorable Royce C. Lamberth**

I am writing this letter in support of my friend, Joseph Farina, whom I have known both personally and as a friend of their family for sixteen years. During this time, I have come to know Joseph (JoJo) as a caring, dependable, and hard-working individual who values his relationships and responsibilities.

I have witnessed JoJo show kindness and support not only to me, but also to his family and others around them. Whether it was stepping in to help with family responsibilities, lending a hand to a neighbor in need, or being a steady and reliable presence among friends, Jojo has consistently demonstrated generosity and thoughtfulness.  A few examples of Jojo's kindness and heart are as follows:

- Volunteered at Top soccer Program helping developmentally disabled kids
- Was asked by High School to Volunteer Tutor in English and Math Departments
- Started a compost program at Georgetown
- Led a Club at Georgetown feeding homeless people and delivering living essentials weekly
- During Covid played Clarinet during weekly video church services



Academia has been one of Jojo's strengths and the Master of Medical Physics at Duke University was a pride of his.  He was currently pursuing his PHD in Medical Physics.

I understand that Jojo is currently facing legal difficulties. While I do not excuse his actions, I believe this situation does not reflect the true character of the person I have known over the years. He has expressed genuine remorse, and I am confident that he is capable of learning from this experience and making positive changes moving forward.

I respectfully ask that you take this letter into consideration when making your decision. I believe Jojo has much to contribute to his family and community, and with the right support and opportunity, he can move beyond this chapter and continue in a positive direction.

Thank you for your time and consideration.

Sincerely,

Martha Gallo

\*\*\*\*

**Mary Condon – Family Friend**

\*\*\*\*

The Honorable Royce C. Lamberth
Senior United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, D.C. 20001

Dear Judge Lamberth,

I lived directly across the street from Joseph for 17 years.  Over those years, I drove him to/from school myriad times, socialized with him at my home and his, and occasionally cheered him on at his soccer games.  I've known him for 19 of his 25 years.

I served on the PTOs at his schools and was regularly informed of what a kind and smart asset he was in the classroom.   Why mention this?  I have children who follow him in the next two grades.  It's hard to forget when the same teachers were not always so complimentary about my own children.  More recently, he stayed with me over his spring break at my new home in North Carolina, while taking a rest from his graduate work.

If I had to sum Joseph up in three words, they would be caring, hard-working and resilient. Joseph cared for my children and dog, many times, over many years, **without being asked**.  It is his nature.  One of my favorite examples is when I asked him to let my dog out into my back yard after school, which he of course diligently remembered.  It started to storm shortly thereafter, and Joseph went across the street and got the dog to safety before I knew it was raining or thought to contact him.  He was also generous in helping my children with their homework, whenever they asked him, despite his own responsibilities.  I considered him an academic and character role model for my own children while he lived across the street.   When he was in high school, he drove to the city to tutor Eritrean immigrant students in a summer math program.  The most recent indicator of his caring nature is his pursuit of medical physics. He plans to help treat, and when possible, restore cancer patients by making sure all the machines and doses are calibrated properly.

You can see from Joseph's transcript that he is not afraid of hard work. From a young age to the present, he has challenged himself physically in sport, intellectually with a rigorous course load, and showed up for family and friends when it matters, despite limited free time.  Most recently, he worked hard to be free when he was finishing up his master's degree to be with his family for an extended week, as they celebrated his brother's wedding.

Joseph has demonstrated resilience over the nineteen years I've known him.  Joseph is the fourth of six children, a middle child, with a loud and demanding family around him.  Joseph's achievements are his own; he had little doting or extra help along the way. After high school, he found a way to muscle through an unexpected gap year (that he used well to determine his interests), followed by a virtual school year due to the pandemic(when he wasn't allowed on campus).   Those two years of isolation did nothing to slow down his pursuit of learning, living or work ethic.   In fact, he didn't complain, but put his nose down and did the work with little fan-fare or assistance.

Joseph is a hard-working, respectful, resilient young man.  Joseph has a clear track record that demonstrates he doesn't intentionally hurt other people, in fact, often goes out of his way to help others.  As soon as he is able, I am certain he will put a distance between himself and anti-social behavior to restore his good standing with the court, his family and community.

Respectfully,

*Mary Condon*

****
**Michael Everhart Family Friend**
****

To the Honorable Judge:

I am writing this character reference letter on behalf of Joseph Farina, who is currently incarcerated on some serious charges.

I've known Joseph, called JoJo by those he is closest to, for his entire life.  His parents and I have been close friends for over 40 years.  And throughout that time, I have watched them as they have created a strong family and raised six children.  Working hard to provide them with the best upbringing possible.

What I noticed early on from my visits to the Farina family was that growing up in Wilmette, Illinois was difficult for everyone.  It is highly affluent and idyllic.  Everyone strives to put on a perfect image – always working to keep up with neighbors, friends and colleagues.  The high school situation is tough.  Everyone needs to excel, and showing any type of character flaw – whether it be physical, mental or emotional – was something that no one tried to do.  Being perfect is the norm in Wilmette.

From an early age, it was clear that JoJo stood out from the other children – he was far from perfect.  His intelligence was clearly on another level.  He beat me in chess at the age of 4, and I haven't played a match since – clearly humbled by this defeat.

██████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████

██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████

█████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████████████████
███████████████████████████████████████
██████████████████████████████████████████
███████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████ He excelled at school – academically and in sports.  He took a gap year after high school and recentered on his interests.  Going to Spain, learning Spanish, leaning into the arts.  What I observed was the emergence of a  Renaissance Man with his well rounded interests and talents.  I figured that if any of the Farina children were destined to get a PhD it was JoJo.

He was on that path until the end of July.  And while on the surface he seemed fine and together, he has always been quiet – seeming to be struggling and dealing with issues inside his head.  It seemed constant to me.

What has happened is terrible and is clearly wrong on every level.  ██████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████ I hope that this letter provides a better understanding of this man and the challenges he has faced.

Sincerely,


Michael Everhart

\*\*\*\*

**Mimi Rodman Family Friend**

\*\*\*\*



September 1, 2025

The Honorable Royce C. Lamberth
Senior United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, D.C. 20001

Dear Judge Lamberth:

I am writing to provide a character reference for Joseph Farina ("JoJo").

When I moved into my current home twenty-eight years ago, the Farinas Family was one of the first neighbors I met. They welcomed my family warmly, and it was clear from the start that their household was full of energy and love. Over the years, parents David and Julie raised a total of six children, including JoJo. During that time, and to this day, the Farinas remain the heartbeat of our closely knit neighborhood. The Farinas' sense of community and service knows no bounds; this is the environment in which JoJo grew up.

One summer evening, when JoJo was probably four or five, my family was having a barbeque in our backyard. The doors of our house, like most homes on the block back then, were unlocked. I happened to come back into the kitchen to retrieve something, and overheard voices in the front of the house. When I peeked into the living room, I discovered JoJo and his brother leaning over the coffee table, engaged in an intense game of chess.

"Hello boys, does your mom know where you are?" I asked. "Yes, Mrs. Rodman," JoJo politely answered. Then, with a matter-of-fact tone in his voice, he explained, "We wanted to play chess. We rang the doorbell and then came in." JoJo then picked up a chess piece, and the boys resumed their game. That experience represents who JoJo has always been -- smart beyond his years, polite, and quietly determined.

Over the years, I have seen JoJo navigate the gifts and occasional challenges of a large family, the hyper competitive academic environment of our local school system, and at times the cruelty of growing up with social media. My every encounter with this very tall, very precious, very special young man was strikingly different from the typical, bored teenager. The JoJo I know is so kind, so insightful, and has boundless potential.

In 2021, while on a work trip to DC, I visited JoJo at Georgetown University. The world had not returned to "normal, " and many COVID safety protocols were still in place.

At a time when I knew of plenty of students who were taking classes remotely from posh second homes, JoJo was immersed in his studies and playing a key role in groundbreaking research. As he gave me a tour of his Physics Lab, it was clear that JoJo was *so* in his element there. I could see in him the same special qualities evident in the little boy playing chess in my living room -- taking on challenges well beyond expectations, displaying generosity of heart, and deeply focusing on the task at hand. mind.

Thank you for considering this letter as part of your review. Please contact me if you require further information.
Respectfully,

I know those qualities are still in JoJo. The world needs his kind soul and brilliant

Mimi L. Rodman
Illinois Member of the Bar (retired)

\*\*\*\*
**Molly Goren Family Friend**
\*\*\*\*


The Honorable Royce C. Lamberth

Senior United States District Judge

United States District Court for the District of Columbia

333 Constitution Avenue NW

Washington, DC 20001


Dear Judge Lamberth:


I am presently a manager and formerly a patent attorney.  My husband (a physician) and I have been neighbors and friends of the Farinas for about 30 years.  We understand that Joseph (JoJo) Farina faces serious charges related to child pornography and that he is seeking an alternative to prison while he awaits trial.


Our friendship with Julie and David and their children over the years has included family and neighborhood celebrations and informal visits.  I have spent a good deal of time in the Farina family home, chatting over coffee and building puzzles with Julie and playing board games with the family.


As a child, JoJo was well-behaved at home and an excellent student. He participated in his local catholic church (St. Joseph), including as a pre-school student in the church's school.  His interests ranged from chess competitions in grade school and starting to play the clarinet in middle school to Latin Certamen team and soccer team participation in high school.  In other words, JoJo seemed to be doing well.

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████

After high school, JoJo pursued science study in college at Georgetown, and he completed his master's program in medical physics at Duke. Until recently, he was in the early stage of a doctorate in medical physics at Duke. In other words, it seemed like JoJo was successfully transitioning to early adulthood.

When we heard of his arrest and charges, we were shocked. We understand that JoJo and his family are seeking an alternative to prison, while he awaits trial, which would include detention in residence with an adult family member and without internet access. This option would, if granted, make it possible for JoJo to receive further mental health care, including mental health care that may be related to the charges. I understand that JoJo is committed to getting help, and that his family is committed to helping him get needed help, a head start that he likely could not receive in prison. We write to support the opportunity for JoJo to receive that help in a way that includes sufficient guard rails for concerns related to his charges.

Thank you for your consideration,

Mary (Molly) Mosley-Goren

****
**Patty Renn – JoJo's Aunt**
****



August 29, 2025

Honorable Royce C. Lamberth
Senior United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, D.C. 20001

Dear Judge Lamberth,

I am writing to you with deep sorrow and concern regarding my nephew, Joseph Thomas Farina, who is currently before you for sentencing. I want to begin by acknowledging the seriousness of the charges against him. What he is accused of doing is deeply troubling and, in many ways, beyond comprehension. It is not something I condone or excuse. However, I feel compelled to share my perspective on the young man I have known and loved his entire life. Joseph is a 25-year-old man who was raised in a loving, supportive family as the fourth of six siblings. His childhood was filled with family activities, sports, school events, and travel. He has always been bright, curious, and driven. He graduated from college, completed a master's program, and is currently pursuing a PhD focused on cancer research—a testament to his intelligence and desire to make a meaningful contribution to the world.

Despite his accomplishments, Joseph has struggled socially, particularly outside of our family. As a gay man, he often felt like he didn't fit in, and I believe this sense of isolation made him vulnerable. For reasons we still do not fully understand, he became entangled with a group of individuals who exploited his need for acceptance and belonging. These people are skilled manipulators, and they pulled him into a dark web of criminal behavior that is completely out of character for him.

He was gullible, desperate to be accepted, and made choices that were both inexplicable and inexcusable. But I believe he is savable. He is not a hardened criminal—he is a young man who made a terrible decision and now needs professional help to understand why he did what he did and how to ensure it never happens again.

Our family remains committed to supporting him through this process. We believe in accountability, but we also believe in redemption. Joseph has so much to offer, and with the right guidance and support, I truly believe he can rebuild his life and continue the important work he has started.

I respectfully ask that Your Honor consider the gravity of Joseph's actions alongside the life he has led, the potential he still holds, and the support he has around him. He made a devastating choice—his own choice—and he must be held accountable. But I also believe he is a fundamentally good and intelligent young man who was deeply misguided and vulnerable. With professional help and guidance, I truly believe he can learn from this, grow, and continue to contribute meaningfully to society. Thank you for your time and thoughtful consideration.

Sincerely,
Patricia Renn

****
**Ted Markow – Family Friend**
****

Ted Markow

████████████████

██████████████

████████████

The Honorable Royce C. Lamberth

Senior United States District Judge

United States District Court for the District of Columbia

333 Constitution Avenue NW

Washington, D.C. 20001

Dear Sir,

I have known David and Julie Farina since our freshman year of college.  The Farina children and my children have grown up together like family.  They know each other better than they know their cousins.  We have taken family trips together and spent holidays together.

We have watched JoJo grow up.  He has always been a quiet, polite, good-hearted kid to my family.  I have never seen him be mean spirited or try to hurt anyone.  In my view, he seems to be quiet and go with flow type of person to get along with his siblings and my children.

One story of JoJo's character and integrity that stands out in my mind is when he was getting recruited for soccer to MIT and to University of Chicago.  The coaches of each school wanted him for their team and JoJo was interested in the schools.  All he had to do is use the athletic angle and he would be accepted.  He could have quit soccer at any time, but JoJo did not feel that was right.   Instead, he applied as a normal student and ended up not getting accepted.  Not many high school students would have that integrity in that situation.

Feel free to contact me if you have any questions.

Sincerely

Ted Markow

The Honorable Royce C. Lamberth
Senior United States District Judge
United States District Court for the
District of Columbia
333 Constitution Avenue NW
Washington, D.C. 20001

Dear Judge Lamberth:

I am writing on behalf of my nephew, Joseph Farina. As Joseph's aunt, I have known him his whole life. He is the fourth child of my youngest sister and my brother-in-law. I have watched Joseph grow into a young man to be proud of.

Earlier this year I watched, via the internet, Joseph present his Master's Thesis on a complex biomedical topic. It was so impressive to watch even though I couldn't follow it much after "Good morning." He presented himself with poise and quiet dignity and flawlessly spoke for an hour. From the reaction of the panel he was before, he answered questions knowledgably and with humor. According to them, his theories were fresh and promising. It was clear he worked countless hours researching and preparing.

I also had the pleasure of Joseph staying with me for a few days this past Spring. It was gratifying that a 25 year old young man would choose to spend time with his 75 year old aunt. We had a nice visit walking around the neighborhood, going for dinner and visiting the Museum of the American Revolution.

I hope this gives you a glimpse of Joseph and shows that he is worth taking a chance on. I do not pretend to understand what is behind his current situation, but I hope that in your experience and judgment you can see the potential for a future for Joseph and will give him an opportunity for a second chance.

Thank you for your consideration.

Respectfully yours,

Donna E. Abraham

## WAVELAND LAW GROUP, LLC

10 SOUTH RIVERSIDE PLAZA
SUITE 875
CHICAGO, IL 60606
John_N_Walker@WavelandLaw.com

JOHN N. WALKER

TELEPHONE
(312) 880-7745
FACSIMILE
(312) 277-3436

August 30, 2025

**PERSONAL & CONFIDENTIAL**
Hon. Royce C. Lambeth
Senior District Judge
United States District Court
for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Re:  **_United States v Joseph Farina_, No. 1:25-mj-00130 -- Letter on behalf of
Defendant Joseph "JoJo" Farina.**

Dear Judge Lambeth,

We are writing on behalf of Joseph A. "JoJo" Farina, whom we have known for over
twenty years. His parents, Julie and David Farina, are our closest friends, and through
them we have had the privilege of watching JoJo grow up.

JoJo is the fourth of six children in a large, loving, and high-achieving family. His siblings
have excelled academically and athletically, and JoJo was regarded within the family as
the most intellectually brilliant among them. He is naturally quiet and reserved, but also
thoughtful and kind. As far as we know, he was never subjected to discipline of any kind
for anything, anywhere at any time.

Nevertheless, JoJo did face personal challenges during years at New Trier High School in
Winnetka, Illinois. ███████████████████████████████████████████████
one of the state's largest and most competitive public high schools. ██████████████
████████████████████████████████████████████████████████████████████████
████████████████████ After a gap year, JoJo attended Georgetown University and graduated
_summa cum laude_ in BioPhysics, in accordance with his exceptional intelligence. He then
went on to earn his master's degree in Medical Physics from Duke University _summa
cum laude_, after which Duke enthusiastically urged him to continue his studies for a
Ph.D. These accomplishments speak to both his intellect and his determination to
succeed as a biophysics scientist for the benefit of public despite private challenges.

JoJo's parents, Julie and David, are among the warmest, most generous people we know,
and their home has always been a place of love and support. JoJo has made a serious

mistake that will derail his scientific journey forever, to the great detriment of the public, and that he will carry that with him for the rest of his life. We know he deeply regrets his actions. What is also clear to us is that he has the strength of character, intelligence, and the unwavering support of his family and community to learn and heal from this, as he did before and move forward in another positive direction that will benefit all of us.

We stand behind JoJo and his parents, and we respectfully ask that you take into consideration not just the mistake he made, but also the life he has lived, the challenges he has overcome, and the supportive foundation he has in place. We believe in his potential to contribute meaningfully to society and to make amends.

Respectfully submitted by the undersigned,

Rinalda Walker

John N. Walker

September 1, 2023

James C. McClure and Carlyn A. Berghoff

[redacted]

The Honorable Royce C. Lamberth
Senior United States District Judge
United States District Court for District of Columbia

Dear Honorable Royce C Lamberth--

I write to you with deep respect and a heavy heart, hoping to share the story of a remarkable young man: Joseph Farina, known to us simply as JoJo.

Our family has known the Farinas for over 28 years. Our friendship grew through our children—shared carpools, dinners, sleepovers, family vacations, and the many life challenges we've faced together. JoJo is the fourth of six children; our family stopped at three. Yet our oldest children have been best friends for their entire lives, and our son [redacted] and JoJo, born the same year, have shared a quiet, enduring bond.

[redacted] But they also found comfort in each other—playing endless games of chess to calm their minds, and soccer until JoJo's talent outpaced [redacted] interest. JoJo's love of the arts blossomed in high school, where he played in both the symphonic band and orchestra, eventually performing at Carnegie Hall. He was a member of the Certamen and JETS teams, competed in varsity Science Olympiad, and served as a math tutor for three years—all while quietly battling depression and OCD.

[redacted] And yet—JoJo kept going. He kept learning…. He kept trying…..

After high school, JoJo took a bold leap and traveled to Spain to immerse himself in the language and culture. He then headed off to Georgetown University, where he joined the band and orchestra, and played in the pit ensemble for a musical that was sadly postponed due to COVID. He participated in the Cura personal development program his freshman year and later became a student leader. He started a composting initiative on campus and led a club that provided food, health supplies, and toiletries to the homeless every week.

JoJo's compassion was never performative—it was rooted in the values his family lived every day. The Farinas led by example, actively participating in their children's lives and ensuring that lessons were not only taught, but practiced. All of the Farina children have been engaged in their communities, living with purpose and integrity.

After graduating from Georgetown, JoJo was accepted into Duke University with a goal that speaks volumes: he wanted to cure cancer. He spent countless hours in the lab, researching and testing, driven by a quiet determination to make the world a better place.

I could go on and on about the ways JoJo helped others, but I hope you can already see the depth of his character from what I've shared. His life was a testament to resilience, brilliance, and goodness. We are grateful for your time and hope this paints a clear picture of the extraordinary young man JoJo is—and the light he brought to those around him.

Warmly,

James C. McClure                    Carlyn A. Berghoff

The Honorable Royce C. Lamberth
Senior United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, D.C. 20001

My wife and I are writing this letter of support for our nephew Joseph Farina.

We have known Joseph since he was born. He was always a bright and caring individual.

We watched him mature through high school and excel in the classroom, in the band and on the soccer field.

We and his entire family enjoyed supporting and watching him develop. His academic credentials speak for themselves. More importantly, I have discussed his recent career accomplishments in the field of medical physics and am convinced that his planned research would likely result in a significant advancement in the treatment of skin cancers with novel radiation treatments.

Clearly, we are quite concerned about his current situation. We understand how serious the charges are that he faces. However, Joseph is a sensitive and truly caring person, that we believe is naive and in understanding the world in which he lives.

We hope the court can be understanding, as we are, that long term incarceration will not help Joseph. Joseph needs significant psychological counselling if he is to conquer the deeper issues that have resulted in the behavior for which he is incarcerated.

We believe that Joseph is not a danger to society, and if society is to gain anything from this unfortunate event, it is to rehabilitate Joseph and return him to that society restored to that caring and unselfish person that we know him to be.

We would only add that in the light of recent events we are asked to believe that mental health treatments can avert gun violence. As a physician and a nurse, it is surly obvious that intensive mental health treatments would do more for Joseph in this case than being incarcerated.

Respectfully submitted:

Willliam J. Mannella MD FACS

*William J Mannella MD*

Pamela M. Mannella RN

*Pamela M. Mannella*

Roslyn Co

████████████████████

████████████

██████████████████

The Honorable Royce C. Lamberth

Senior United States District Judge

United States District Court for the District of Columbia

333 Constitution Avenue NW

Washington, D.C. 20001

Re: Character Reference for Joseph ("JoJo") Farina

Your Honor,

I have been friends with Joseph, JoJo, since the seventh grade. Ours is the kind of friendship that has lasted through shifting schools, peer groups, and all the turbulence that comes with growing up. From racing each other to biology class in junior high to playing in the orchestra together at Carnegie Hall, our friendship has been stitched together by countless shared moments, both ordinary and extraordinary.

Over the years, we have built a friendship that has endured the awkwardness of adolescence, the ups and downs of high school, and the search for belonging that comes with early adulthood. Through it all, he has remained a constant source of kindness, empathy, and support in my life.

What has always struck me about JoJo is not grand gestures, but the quiet ways he shows up. When I was struggling with self-image in high school, he was the one who waited in line with me while I ordered food to make sure I ate. A few summers ago, when my sister was hospitalized for a psychiatric emergency, I was simultaneously struggling to balance

an internship and a demanding chemistry class. The weight of it all left me overwhelmed, and JoJo's response was to spend entire days with me simply to make sure I did not feel alone. During university, we kept in touch through standing Saturday morning calls. These hour-long conversations ranged from my endless physics questions to career doubts and the challenges of navigating family pressures. No matter the distance or circumstances, he never let anything interrupt the constancy of our friendship.

JoJo's endless supply of corny dad jokes and quick-witted puns has always made me smile, a gift that has been especially handy since we have yet to sit through a Pixar movie without bursting into tears. One of our favorite traditions whenever we are both in town is cooking together. We have spent countless afternoons making homemade pasta, focaccia, tiramisu, and dumplings. More than anything, he has always been the one to help me put myself first. He constantly reminds me to set boundaries, to value what I do for others, and to recognize that I matter. ███████████████████████████████████
███████████████████████████████████████

I do not excuse the circumstances that bring him here today, and I am certain he would say the same. Knowing JoJo, his deepest concern is not for himself but for how this situation has affected his family and friends. That is who JoJo is: someone who thinks of others first. For as long as I have known him, his generosity, integrity, and reliability have defined his character. He has been my most steadfast friend, but more than that, he is a deeply good person who has made life better for those fortunate enough to know him.

I respectfully ask the Court to consider the person I know, the boy who raced me to class, the young man who carried his friends through their hardest moments, and the adult who

continues to show his care through quiet, unwavering actions. He is not perfect, but he is genuine, compassionate, and worthy of grace.

Thank you for taking the time to hear my perspective.

Sincerely,

Roslyn Co

September 2, 2025

TO: The Honorable Royce C. Lamberth
Senior United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, D.C. 20001


Dear Judge Lamberth,

I am writing to discuss the full character of Joseph Farina, who I value as a close friend.  I am aware of and am terribly shaken by the charges of his conduct with matters before your court, but I want to ensure that the totality of his character is understood as well.

Joseph has been known to me for the nearly three years that we have been friends by his nickname, "JoJo".  As I reflected upon what our core connection has been and what sustained it once he left Washington, DC two years ago, it was clearly an intellectual relationship.  JoJo is a brilliant student and thinker, with his academic understanding being vast across multiple fields, as demonstrated at Georgetown and Duke.  I pride myself on being a fairly intelligent guy myself, and I regularly found myself in hours long discussions and deep debates on religion, theology, mathematics & physics, biology, and the issues of the day.  It was often a Catholic vs Episcopalian dialogue and figuring out some of the biggest questions of life.  I always learned something from him as he sharpened my mind and my insight, as he was a sharp debater.  It wasn't long before I recognized that he was more than a big brain in school.  He was an excellent soccer player, runner, and dedicated to his fitness goals in the gym.  I learned that he had great musical ability, singing and playing his clarinet, actively participating on a regular basis at his church.  (JoJo often hums or sings if there happens to be a quiet moment) He often was tinkering in his kitchen making from scratch food, scoffing at the easy button for feeding himself and his friends.  He was involved in his college community at multiple levels and had a heart that truly cared for people who needed help, such as forming support groups for inclusion into the wider community.  That part of his character just appeared effortlessly natural.  When I learned that he was nearly fluent in multiple languages (and often analyzed them with me) …I could only be in awe of him as a true Renaissance Man.

We periodically attended church services together, attended the National Symphony Orchestra together, and even made homemade pasta together.  I visited the laboratory where he was involved in cancer research.  As we grew to trust each other, I learned from JoJo about his large and loving family and his two dogs at home in Chicago who he was crazy about, Suki and Nala.  We would discuss the ups and downs of life, separately but supporting each other where we were, and I felt he was making that tough journey well, by all visible and remarkable signs.

Today, I am struggling greatly myself with understanding JoJo's conduct.  However, I know that portion of his story does not reveal the totality of who he is and what good his gifts and talents can be in his future after the judicial process and rehabilitation for him.  I humbly ask for your consideration on his behalf.  Thank you.


//signed smg 2Sept2025//

Steven M. Grow, friend
Hyattsville, Maryland

The Honorable Royce C. Lamberth
Senior United States District Judge
United States District Court for the District of Columbia

Re: Character Reference for Joseph Farina (Known to me and my family as JoJo)

Your Honor,

I am writing this letter to share my experiences with JoJo's character.

My name is Joy Markow. I am a 59-year-old financial professional and a longtime friend of
JoJo's parents.

My husband, our four daughters, and I have spent many holidays and school breaks with the
Farina family.  The Farinas(including JoJo and his siblings) have visited our home in
Washington State.  We have also visited the Farinas' home and spent school breaks traveling
together.

One of the reasons my husband and I value these gatherings is that we have loved watching
the interactions between our daughters and the Farina kids as they all grew up.  JoJo is a year
younger than our oldest daughter and a few years older than our three younger daughters.
These annual or biannual gatherings are a time for both families to catch up, relax and recreate.

In my many years of observing JoJo, I have only known him to be kind and caring toward his
siblings, peers, and elders.  He is generally quiet and contributes thoughtfully and intelligently
when he speaks.  He has a sense of humor but does not seek attention or make jokes at the
expense of others. I have never observed him being impulsive or mean, even though I have
known him through developmental ages when many kids tend to act out in such ways.

I recently caught up with JoJo at his brother's wedding and was very impressed by his
academic achievements and work ethic. I know he has worked extremely hard on his graduate
degree. He was enjoying celebrating with his siblings and family.

I do not know the full nature of the charges against JoJo. However, it is extremely difficult for
me to imagine JoJo hurting anyone.

I hope this information is helpful to Your Honor. Please let me know if there is anything further I
can provide.

Sincerely,

