UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:25-cr-232-RCL |
| JOSEPH FARINA | |
| *Defendant.* | |

## ORDER

Before the Court is Defendant Joseph Farina's Motion for Bond and Pre-trial Release. ECF No. 19. The sealed version of the motion appears at ECF No. 22. Upon consideration of the Motion, the government's opposition, Mem. in Supp. Pretrial Detention, ECF No. 7, detention hearings held on September 4 and September 10, 2025, the entire record herein, and for the reasoning contained in the accompanying memorandum opinion, it is hereby

**ORDERED** that the defendant's Motions [ECF No. 19; ECF No. 22] are **DENIED**. The defendant shall remain in custody pending trial.

**IT IS SO ORDERED.**

Date: 9-16-25

Royce C. Lamberth
United States District Judge