UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | No. 25-cr-232 (RCL) |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH FARINA,** | : | |
| **Defendant.** | : | |

## JOINT MOTION TO SCHEDULE STATUS HEARING
## AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, as well as defendant Joseph Farina, by and through his attorney Matthew Covert, respectfully submit this joint motion to schedule a status hearing in the above-captioned matter, as well as to exclude time pursuant to the Speedy Trial Act.

On September 10, 2025, the parties appeared before for the Court for a continued detention hearing. The Court took the issue of detention under advisement and has since issued a memorandum opinion (ECF No. 23). Because no further dates were scheduled at that time, however, the parties now respectfully request that the Court set this matter for a status hearing in approximately sixty days. In support, the parties submit that they anticipate engaging in plea negotiations regarding potential resolution short of trial in this matter. The United States has also provided initial discovery to defense and anticipates making additional discovery available for review. The parties have conferred regarding scheduling for a status hearing and are available at the Court's convenience the week of November 10-14, 2025 or November 17, 18, and 21, 2025.

The parties agree that time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) (ends of justice) until the date of the status hearing, such that the United States and defense can continue their discussions about the proper resolution of the case.

    Respectfully submitted,

    Jeanine Ferris Pirro
    UNITED STATES ATTORNEY

By: */s/ Andrea Duvall*
    ANDREA DUVALL
    Assistant United States Attorney
    AR Bar No. 2013114
    601 D Street NW
    Washington, D.C. 20530
    Telephone: (202) 394-300
    andrea.duvall@usdoj.gov

By: */s/ Matthew Covert*
    MATTHEW COVERT
    D.C. Bar No. 1602150
    600 Massachusetts Avenue NW, Suite 250
    Washington, D.C. 20001
    (202) 577-8172
    mcovert@cjypllc.com

    *Counsel for Defendant Joseph Farina*