UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | No. 25-cr-232 (RCL) |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH FARINA,** | : | |
|       **Defendant.** | : | |

## ORDER

Based on the representations in the joint motion to schedule a change of status hearing, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that a change of status hearing is scheduled for _____, 2025, at _____ a.m./p.m.; and it is further

**ORDERED** that the time between September 17, 2025, and _____ 2025, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to negotiate a potential pretrial resolution.

                                            _____
                                            HONORABLE ROYCE C. LAMBERTH
                                            UNITED STATES DISTRICT JUDGE