# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | No. 25-cr-232 (RCL) |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH FARINA,** | : | |
| **Defendant.** | : | |

## JOINT MOTION TO CONTINUE STATUS HEARING
## AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Defendant Joseph Farina, by and through his attorney Matthew Covert, and the United States Attorney for the District of Columbia, respectfully submit this joint motion to continue the November 10, 2025 status hearing in the above-captioned matter, as well as to exclude time pursuant to the Speedy Trial Act.

On September 10, 2025, the parties appeared before the Court for a continued detention hearing. The Court took the issue of detention under advisement and issued a memorandum opinion (ECF No. 23). No further dates were set at that time. On September 17, 2025, the parties submitted a joint motion to set a status hearing, which the Court granted, and a status hearing was set for November 10, 2025.

Since then, the government has provided additional discovery to the defense and made other discovery available for review. The defense is continuing to review the discovery provided, and the parties are currently engaged in plea negotiations. Based on the expected timeline of those negotiations, the parties do not expect to reach a resolution in this case by the next status date of November 10, 2025. However, based on the progress of the parties' discussions, and the defense's continued review of discovery, the parties anticipate being able to reach a resolution in this matter before the end of the year.

Based on the parties' progress in their discussions, and the anticipation of a resolution before the end of the year, the parties are jointly requesting a continuance of the November 10, 2025 status hearing. The parties have conferred regarding scheduling for a status hearing and are available at the Court's convenience from December 17-19, 2025.

The parties agree that time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) (ends of justice) until the date of the status hearing, such that the United States and defense can continue their discussions about the proper resolution of the case.

    Respectfully submitted,

By: */s/ Matthew Covert*
MATTHEW COVERT
D.C. Bar No. 1602150
600 Massachusetts Avenue NW, Suite 250
Washington, D.C. 20001
(202) 577-8172
mcovert@cjypllc.com

*Counsel for Defendant Joseph Farina*

Janine Ferris Pirro
UNITED STATES ATTORNEY

By: */s/ Andrea Duvall*
ANDREA DUVALL
Assistant United States Attorney
AR Bar No. 2013114
601 D Street NW
Washington, D.C. 20530
Telephone: (202) 394-300
andrea.duvall@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | No. 25-cr-232 (RCL) |
| : | |
| **v.** : | |
| : | |
| **JOSEPH FARINA,** : | |
| **Defendant.** : | |

## ORDER

Based on the representations in the joint motion to continue the November 10, 2025 status hearing, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the status hearing scheduled for November 10, 2025 be vacated, and it is further

**ORDERED** that a status hearing be scheduled for _____, 2025, at _____ a.m./p.m.; and it is further

**ORDERED** that the time between November 10, 2025, and _____ 2025, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to negotiate a potential pretrial resolution.

_____
HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE