UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    :    No. 25-cr-232 (RCL)
:
v.                           :
:
JOSEPH FARINA,               :
        Defendant.           :

## ORDER

Based on the representations in the joint motion to continue the November 10, 2025 status hearing, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the status hearing scheduled for November 10, 2025 be vacated, and it is further

**ORDERED** that a status hearing be scheduled for _December 18_, 2025, at _12:30_ a.m./p.m.; and it is further

**ORDERED** that the time between November 10, 2025, and _Dec 18_, 2025, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to negotiate a potential pretrial resolution.

_____
HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE