UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH FARINA,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>: | CASE NO. 25-cr-232-RCL |

## ORDER OF RESTITUTION

Upon consideration of the United States' Sentencing Memorandum, IT IS HEREBY ORDERED that the Government's Motion is GRANTED; and:

For the reasons stated on the record at sentencing on October 21, 2026, IT IS HEREBY ORDERED that the Defendant, Joseph Farina, shall pay restitution, pursuant to 18 U.S.C. §§ 2259, 3663, 3663A, and 3664, for the benefit of the victims, in the amount and to the victim's Attorneys of Record, as detailed below.

$ 10,000.00 to the victim referred to by the pseudonym Alex in the "RCA" Series payable to:

Restore the Child FBO Alex
Restore the Child, PLLC
2522 N. Proctor St, Ste 85
Tacoma, WA 98406

IT IS FURTHER ORDERED, that the following shall be ordered and the corresponding language incorporated into the Judgment and Commitment order:

The full sum or amount of ordered restitution is due immediately. This restitution order constitutes an enforceable judgment, consistent with the

terms of the Plea Agreement between the United States and the Defendant and pursuant to 18 U.S.C. § 2259, 18 U.S.C. § 3613 (a), (c) and (f) and § 3664 (m)(1)(A). Any payments must be made to the parties at the addresses detailed above. Any schedule of payments imposed by the Court is merely a minimum schedule of payments and will not be the only method, nor a limitation on the methods, available to the United States to enforce the criminal judgment, including without limitation by administrative offset. Consistent with 18 U.S.C. § 3664 (n), "if the [Defendant] receives substantial resources from any source…during a period of incarceration, he will be required to apply the value of such resources to any restitution still owed." If any amount of restitution remains outstanding, the Court imposes a payment schedule of at least the following amounts:

> **Imprisonment**. During any period of incarceration in a prison in the United States, payment of any criminal monetary debt (special assessments and restitution) remains due, and the Defendant shall pay, at a minimum, the greater of $25 or 50% of the deposits in his inmate trust account per quarter."
>
> **After Imprisonment**. Any portion of the criminal monetary debt that remains unpaid at the time of the defendant's release from imprisonment shall be paid at the monthly rate of at least $1000.00, plus 25% of gross monthly income in excess of $2,300. The Court will further assess Defendant's ability to pay following his release from imprisonment.

IT IS FURTHER ORDERED, that once paid, the Clerk's Office shall disburse monies received in satisfaction of restitution to the victims as listed and detailed above.

IT IS FURTHER ORDERED, that consistent with the terms of the Plea Agreement, which was accepted by the Court, the restitution amount of 10,000.00 with the above-described provisions, is hereby incorporated into the Judgement and Commitment Order for this matter.

SO ORDERED, this 21st day of October 2026

THE HONORABLE JUDGE ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE